AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>**KELBY GERMAINE PARSON**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>12-8466-DLB |

FILED by ___ D.C.
NOV 30 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 26, 2012,   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a). | Attempted Bank Robbery. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Shelton Hammonds
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   11-30-12   

_____
*Judge's signature*

City and state:   West Palm Beach, Florida     U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

# AFFIDAVIT
# OF
# SHELTON C. HAMMONDS
# SPECIAL AGENT
# FEDERAL BUREAU OF INVESTIGATION

I, Shelton C. Hammonds, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past two and a half years. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, Miami Division. Prior to joining the Miami Division, I attended the FBI Academy in Quantico, Virginia, for five (5) months where I received training in federal criminal laws and investigation techniques. Among my responsibilities as a Special Agent are investigating all violent criminal violations to include investigating bank and armored car robberies.

2. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained through this investigation by others, including other law enforcement officers and witnesses, as well as information gained from my training and experience. I am familiar with the facts and circumstances of this investigation. However, not all of the facts known to me have been included in this affidavit, but only those facts which are necessary to establish probable cause for the issuance of a criminal complaint and the arrest of Kelby Germaine PARSON. Based on my training and experience and the facts as set forth in this affidavit, I believe that there is probable cause to believe that an Attempted Armed Robbery, in violation of Title 18, United States Code, Section 2113(a) was committed by Kelby Germaine PARSON.

3. On November 26, 2012, at approximately 7:10 a.m., the Bank of America Transfer Station, located at 5701 Village Boulevard, West Palm Beach, Florida 33409 located within the Southern District of Florida, reported an armed take over style bank robbery to the West Palm Beach Police Department (WPBPD). The Bank of America Facility was determined to be insured

1

by the Federal Deposit Insurance Corporation (FDIC).

4. Based upon witness interviews of the two guards working for the Dunbar Armored Truck Company, as well as evidence collected at the scene, law enforcement agents learned that two armed robbers entered the Bank of America Transfer Station by cutting the fence surrounding the secured compound, prying the bars apart, and crawling underneath the fence. Once inside the secured compound, the two armed robbers confronted one of the guards of the Dunbar Armored truck who was seated in the driver side of the vehicle. Specifically, one of the robbers pointed an assault type rifle/weapon directly at the guard. In response, the guard raised his hands and told the robber, "Take whatever you want." At this time, the second guard heard the statement made by the first guard and saw the muzzle of the assault type rifle/weapon held by the robber who was wearing a mask. In response, the second guard drew his firearm from his holster and fired one round at the robber. The second guard then took cover in the main building and asked the employees inside the building to call for help. Shortly thereafter, the second guard went back outside to check on his partner (the first guard). Upon arriving at the driver's side of the armored car, the second guard observed a blood trail from the armored car to a grassy area, as well as a number of rounds of ammunition. The location of the start of the blood trail was the same location where the second guard had previously observed the robber standing when he (the second guard) fired his weapon. The two armed robbers then fled.

5. Upon arrival at the scene, law enforcement also observed the blood trail noted above, as well as the continuation of the blood trail from the grassy area to the parking lot where it is believed that the getaway vehicle was parked, as well as seventeen rounds of live ammunition in close proximity to the armored truck. Based upon my training and experience, as well as an examination of the rounds of ammunition, I know that they are consistent with the kind of ammunition used by assault type rifles/weapons. Video surveillance of the parking lot of the

2

business located next to the Bank of America Transfer Station noted above was obtained from Florida Power and Light. A review of the video revealed the image of a 1996 silver four door Honda parked by the neighboring business next to the Bank of America Transfer Station. Shortly thereafter, the video depicts two armed suspects as they exited the Honda and approached the parked armored truck. Seconds later the video depicts the two suspects as they fled back to the waiting vehicle. The two suspects then entered the vehicle and the vehicle then drove off in a west bound direction. It should be noted that the blood trail noted above ended in close proximity to the location where the 1996 silver Honda was parked as depicted in the video.

6. At approximately 7:24 a.m. a black male, later identified as Kelby Germaine PARSON (hereinafter referred to as PARSON), arrived at the emergency room of St. Mary's Hospital located at 901 45th Street, West Palm Beach, Florida. St. Mary's Hospital is located within approximately 2 miles of the scene of the attempted robbery at the Bank of America Transfer Station noted above. Video surveillance obtained from St. Mary's Hospital security cameras captured PARSON exiting the rear passenger seat of a white Pontiac G6 vehicle and walking into the hospital. PARSON was admitted to the hospital for treatment of a gunshot wound he had received to his face. During the course of PARSON's treatment at the hospital, a bullet was removed from his body. The bullet was turned over to law enforcement so that a determination could be made regarding whether that bullet was fired from the weapon used by the second guard when he fired at the robber as outlined above.

7. On November 27, 2012, law enforcement obtained authorization for a search warrant to obtain a DNA standard consisting of saliva and skin cells from the mouth of PARSON in order for a DNA Examiner to conduct a DNA comparison with the blood evidence recovered during the course of this investigation. On November 29, 2012, law enforcement agents received a report from DNA Labs International who conducted the DNA comparison of the DNA standard consisting of

3

saliva and skin cells collected from the mouth of PARSON and swabs of blood recovered from the blood trail inside the secured compound of the Bank of America Transfer Station noted above. The results of the DNA analysis confirm that the blood recovered from the blood trail inside the secured compound of the Bank of America Transfer Station matches the DNA profile for PARSON. The report further states that the chance that an unrelated person, chosen at random from the general population, would match this DNA profile is approximately 1 in every 6.8 sextillion individuals. Moreover, law enforcement agents received verbal confirmation that the bullet removed from PARSON's body was fired from the weapon used by the second guard employed by the Dunbar Armored Truck Company when he fired his weapon at the robber.

8. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Kelby Germaine PARSON has committed the criminal offense of Attempted Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

SHELTON C. HAMMONDS, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to me
before this 30th day of November, 2012.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc No. __12-8466-DLB__

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Jennifer C. Millien (FL Bar No. 171700)
Email: jennifer.millien@usdoj.gov
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
500 S. Australian Avenue
Suite 400
West Palm Beach, Florida 33401
TEL: (561) 820-8711
FAX: (561) 805-9846